UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 09, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ZOHAIR ADI,<br><br>Defendant. | Case No. 2:25-mj-00125-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MOHAMMED ZOHAIR ADI, Case No. 2:25-mj-00125-JDP, Charge: Violation of Pretrial Release, from custody for the following reasons:

  X   Release on Pretrial Release Conditions

\_\_\_\_\_   Bail Posted in the Sum of $ _____

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  X   (Other): The Defendant shall report to the Office of Pretrial Services at 9:00 a.m. on 9/10/2025 for further processing.

Sacramento County Jail is further ORDERED to release the defendant with a   X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 9, 2025 at 2:25 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson